UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| ANGEL CASTILLO, | : | VIOLATIONS: |
| | : | 21 U.S.C. § 846 |
| Defendant. | : | (Conspiracy to Distribute and Possess with |
| | : | Intent to Distribute One Kilogram or More |
| | : | of Heroin) |
| | : | 21 U.S.C. § 853 |
| | : | (Criminal Forfeiture) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

From on or about at least 2010, and continuing until December 11, 2012, within the District of Columbia, the State of Maryland, the State of New York, the Commonwealth of Virginia, and elsewhere, **ANGEL CASTILLO**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I narcotic drug controlled substance, and the amount of said mixture or substance was one kilogram or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

(**Conspiracy to Distribute and Possess with Intent to Distribute One Kilogram or More of Heroin**, in violation of Title 21, United States Code, Section 846)

### FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or

intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will seek a a forfeiture money judgment against the defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

  2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Sections 853(a), (p))

Respectfully Submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: _____
PATRICIA STEWART
Assistant United States Attorney
D.C. Bar Number 358910
Patricia.Stewart@usdoj.gov
Violent Crimes and Narcotics Trafficking Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 252-7761